## United States District Court for the Northern District of Illinois

Case Number: 08cv913                     Assigned/Issued By: j. n.

Judge Name: dow jr.                      Designated Magistrate Judge: nolan

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2536481

Date Payment Rec'd: 2-13-08                Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __2-13-08__ as to __city of chicago__
                                      (Date)