**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:   08 C 0913

Jamie Osby

v.  Unknown Officers and the City of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    City of Chicago

| | |
|---|---|
| NAME (Type or print) <br> Joan P. Altman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/*Joan P. Altman* | |
| FIRM <br> City of Chicago, Department of Law | |
| STREET ADDRESS <br> 30 North LaSalle Street, Suite 1020 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06285629 | TELEPHONE NUMBER <br> 312-744-2826 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |