IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | Magistrate Judge Nolan |
| v. | ) | |
| | ) | |
| UNKNOWN OFFICERS, and | ) | 08 C 913 |
| the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY'S MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court for an extension of time up to and including fourteen (14) days after receipt of Plaintiff's Amended Complaint, in which to answer or otherwise plead to Plaintiffs' Complaint.

In support of this motion, the City states:

1. This matter was filed on February 13, 2008, in the United States District Court, Northern District of Illinois. Assistants Corporation Counsel Joan P. Altman and Megan McGrath were assigned to this case on behalf of the City on March 31, 2008.

2. In this complaint, Plaintiff sues unknown individual defendant police officers and the City.

3. The City will be working to identify the police officers, if any, as expeditiously as possible. Thereafter, Plaintiff will be filing an amended complaint to name the

    individual Defendants.

4.    This motion is the City's first request for an extension of time to answer or otherwise plead.

5.    Plaintiffs' counsel was informed of this motion on March 31, 2008.

WHEREFORE, the City respectfully requests an order extending the time to answer or otherwise plead to fourteen (14) days after receipt of Plaintiff's Amended Complaint.

**DATED: MARCH 31, 2008**

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel

By:    /s/ Joan P. Altman
Joan P. Altman
Megan McGrath
Assistants Corporation Counsel

30 N. La Salle, Ste. 1020
Chicago, Illinois 60602
(312) 744-2826/744-8369
Atty No. 06285629

## **CERTIFICATE OF SERVICE**

      I, Joan P. Altman, an attorney, hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are "ECF" filers in this matter, this 31st day of March 2008.

                                      BY:   /s/Joan P. Altman
                                                        JOAN P. ALTMAN