**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMIE OSBY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge Dow** |
| | ) | **Magistrate Judge Nolan** |
| **v.** | ) | |
| | ) | |
| **UNKNOWN OFFICERS, and** | ) | **08 C 913** |
| **the CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE MOTION</u>**

To:    All parties of record

PLEASE TAKE NOTICE that on the 31st day of March 2008, the City of Chicago electronically filed its Motion to Extend Time to Answer or Otherwise Plead, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Dow, or before such other judge sitting in his place, on the 9th day of April 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are "ECF" filers in this matter this 31st day of March 2008.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:    __/s/ Joan P. Altman__
JOAN P. ALTMAN
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-2826 Office
(312) 744-3989 Fax
Attorney No. 6285629