IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | Magistrate Judge Nolan |
| v. | ) | |
| | ) | |
| UNKNOWN OFFICERS, and | ) | 08 C 913 |
| the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

A.  Nature of the Case

1.  Claims - Plaintiff's complaint (filed February 13, 2008) brings claims under § 1983 alleging excessive force, false arrest, conspiracy, unlawful seizure of property, and equal protection - class of one against the defendant unknown officers as well as state law claims alleging false arrest, battery, malicious prosecution and conspiracy against the defendant unknown officers. In addition, plaintiff brings a Monell claim, and respondeat superior and indemnity claims against the City.

2.  Relief Sought - Plaintiff seeks compensatory damages, punitive damages and costs and attorneys' fees against the defendant unknown officers, and compensatory damages, costs and attorney's fees against the City. To date, there has been no computation of claimed damages.

3.  Parties - The City has been served. To date, the unknown officers have not been identified. On March 31, 2008, the City began working to obtain information on the alleged incident and to identify any police officers involved in the incident. At such time as the unknown officers are identified, plaintiff will amend his complaint, and any identified officers will be served.

4.  Procedural Posture - The City has filed a Motion to Extend Time to Answer or Otherwise Plead requesting that it be permitted to answer fourteen (14) days after plaintiff files an amended complaint naming any identified police officers.

B. Factual and Legal Issues

1. Major Factual Issues - Plaintiff's claims arise from an incident alleged to have occurred on or about August 31, 2007, at an unidentified location, where unknown officers seized plaintiff, charged plaintiff with criminal activity, and arrested plaintiff thereby causing plaintiff to suffer damages. At this time, the City does not have any information regarding the alleged incident other than the information contained in plaintiff's complaint. Pending completion of the City's investigation into the alleged incident, additional major factual legal issues may be identified.

2. Major Legal Issues - Whether or not defendants violated any of plaintiff's constitutional or common law rights. As noted above, the City's investigation into the allegations contained in plaintiff's complaint began on March 31, 2008. Pending completion of the City's investigation, major legal issues will be identified.

C. Settlement Discussions to Date and Settlement Potential

1. Plaintiffs have not demanded settlement, and no settlement discussions have taken place, to date.

D. Discovery Taken to Date and Anticipated in the Future

1. Discovery Completed - None. On March 31, 2008, plaintiff requested the City's agreement to begin discovery. The City did not agree. The City's position is that discovery should not begin until such time as the unknown police officers are identified and the City answers plaintiff's complaint.

2. Discovery Anticipated in the Future - All discovery implicated by plaintiff's claims against any identified police officers and the City.

E. Potential Motions to be Filed

1. The City may seek structure of discovery or to stay discovery on plaintiff's <u>Monell</u> claim.

2. Any identified police officers may seek summary judgment on portions of plaintiff's claims against them.

Respectfully submitted,

| | |
|---|---|
| /s/ *Joan P. Altman* | /s/ *Erica Faaborg* |
| Assistant Corporation Counsel | Counsel for Jamie Osby |
| 30 North LaSalle Street, Suite 1020 | 20 South Clark Street, Suite 500 |
| Chicago, Illinois 60602 | Chicago, Illinois 60603 |
| 312-744-2826 | 312-676-2100 |
| Attorney No. 06285629 | |