**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jamie Osby
                          Plaintiff,

v.                                                       Case No.: 1:08–cv–00913
                                                           Honorable Robert M. Dow Jr.

Unknown Officers, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:MOTION by Defendant City of Chicago, The for extension of time [10] to file answer or plead regarding complaint[1] is granted and time extended up to and including fourteen (14) days after receipt of Plaintiff's Amended Complaint. Status hearing and notice of motion date of 4/9/08 stricken. Status hearing reset to 5/7/08 at 9:00a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.