IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE OSBY<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Dow<br>Magistrate Judge Nolan<br><br>No. 08 C 913 |

## PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

NOW COMES Plaintiff, by and through his attorneys Horwitz, Richardson, & Baker LLC., and states the following in support of his motion for leave to amend the complaint.

## BACKGROUND

Plaintiff filed his original complaint on February 14, 2008. The suit arose from a August 31, 2007 arrest of Plaintiff in which Plaintiff alleges he was falsely arrested and seized by the arresting officers. The claims in Plaintiff's complaint included excessive force, false arrest, conspiracy, and Equal Protection Class of One along with a *Monell* claim.

The amendments to the complaint are simple; Plaintiff was unaware of the officers' names at the time of the filing of the complaint. Plaintiff, with the assistance of defense counsel, has since identified the names of the officers. As such, Plaintiff now seeks leave from this Court to amend the complaint.[1]

The Defendant officers have been identified as P.O. GALLAGHER #18815, P.O. BECKMAN #16887, and J.R. ANDREWS #634. This information was obtained from the

---
[1] See Exhibit A, Amended Complaint.

1

police report. Plaintiff argues that there is no prejudice to Defendants in connection with these amendments and therefore Plaintiff prays that this Court grant Plaintiff's Motion.

## ARGUMENT

Granting leave to file an amended complaint would not prejudice the Defendants. The liberality of Rule 15 of the Federal Rules of Civil Procedure cannot be disputed. Leave to amend a pleading shall be "freely given when justice so requires." Fed.R.Civ.P. 15(a).

Granting leave to file an amended complaint would not prejudice Defendants. Depositions have not gone forward, and written discovery has not yet been issued. Hence, Defendants cannot claim prejudice. If Defendants argue delay, that by itself is not a sufficient reason to deny a motion to amend. *Middle Atlantic Utilities Co. v. S.M.W. Development Corp.,* 392 F.2d 380 (2d Cir. 1968).

Notice and substantial prejudice to the opposing party are critical factors in determining whether an amendment should be granted. *Teft v. Sewart*, 689 F.2d 637 (6th Cir. 1982), *Williams v. United States,* 405 F.2d 234 (5th Cir. 1968); *Strauss v. Douglas Aircraft Co.,* 404 F.2d 1152 (2d Cir. 1968). If a party is not substantially prejudiced, there can be no basis for denying amendment since both parties would be on equal footing relative to the allegations. This has been the focus of the courts in connection with motions for leave to file amended complaints. *Hageman v. Signal L. P. Gas, Inc.,* 486 F.2d 479 (6th Cir. 1973); *In Re: Olympia Brewing Company Securities Litigation,* 612 F. Supp 1370 (N.D. Ill 1985).

Defendants' identities were previously unknown other than as Chicago Police Officers and they have now been identified. Clearly, identifying these particular officers relates back to the original filing. An amendment to a pleading relates back to the date of the original pleading when the claim asserted in the amendment "arose out of the same conduct, transaction, or

occurrence" described in the original pleading.  Fed.R.Civ.P. 15(c).  Amendments frequently relate back to the original filing when a proper party must be listed.  *Hill v. Shelander*, 924 F.2d 1370, 1376 (7th Cir. 1991).  As Plaintiff's amendments relate back to the original filing, Defendants have been on notice of these claims and therefore have not been substantially prejudiced.

WHEREFORE Plaintiff prays this Court grant his motion for leave to amend the complaint to include the identities of the officers, P.O. GALLAGHER #18815, P.O. BECKMAN #16887, and J.R. ANDREWS #634.

s/ Erica Faaborg
Attorney for the Plaintiff
Erica Faaborg

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)