IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE OSBY<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Dow<br>Magistrate Judge Nolan<br><br>No. 08 C 913 |

## NOTICE OF MOTION

On May 7, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT.

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Megan McGrath | megan.mcgrath@cityofchicago.org |
| Blake Horwitz | bhorwitz@hrbattorneys.com |
| Abbas Merchant | amerchant@hrbattorneys.com |
| Joan Altman | joan.altman@cityofchicago.org |

1

2

                                                s/ Erica Faaborg_____
                                                Attorney for the Plaintiff
                                                Erica Faaborg

**Horwitz, Richardson, & Baker, LLC.**
20 S. Clark, Suite 500
Chicago, IL  60603
(312) 676-2100
(312) 372-7076 (Fax)