IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE OSBY<br><br>    Plaintiff,<br><br>    v.<br><br>P.O. GALLAGHER #18815, P.O. BECKMAN #16887, J.R. ANDREWS #634 and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Dow<br>Magistrate Judge Nolan<br><br>No. 08 C 913 |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 13, 2008, I have caused to be filed with the Clerk of the above Court the attached First Amended Complaint.

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz    bhorwitz@hrbattorneys.com

Abbas Badruddin Merchant    amerchant@hrbattorneys.com

Megan Kelly McGrath    megan.mcgrath@cityofchicago.org

Joan Pettee Altman    joan.altman@cityofchicago.org

1

                    s/ Erica Faaborg
                    Erica Faaborg
                    Horwitz, Richardson, & Baker LLC.
                    20 S. Clark, Suite 500
                    Chicago, Illinois  60603
                    Tel: (312) 616-2100
                    Fax: (312) 372-7076
                    efaaborg@hrbattorneys.com