UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jamie Osby
                           Plaintiff,

v.                                                  Case No.: 1:08−cv−00913
                                                  Honorable Robert M. Dow Jr.

City of Chicago, The, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 6/10/2008. Defendant City of Chicago to file motion to bifurcate on or before 6/16/08; Plaintiff's response due by 6/30/08; Defendant's reply due by 7/8/08; ruling on motion to bifurcate will be by mail. Status hearing set for 7/17/2008 at 09:00 AM.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.