UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| Plaintiff, | ) | No. 08 CV 0913 |
| | ) | |
| v. | ) | |
| | ) | |
| P.O. GALLAGHER #18815, | ) | |
| P.O. BECKMAN #16887 | ) | Judge Dow |
| J.R. ANDREWS #634, and | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, respectfully moves this Court for leave to allow Joan P. Altman to withdraw her appearance as attorney of record in the instant case pursuant to Northern District of Illinois Local Rule 83.17. In support of this motion, defendant states:

1. As a result of an internal reorganization in the City's Department of Law, Joan P. Altman, Assistant Corporation Counsel, is no longer assigned to this case.

2. Megan Kelly McGrath, Assistant Corporation Counsel, remains assigned to this case. Ms. McGrath filed her appearance as attorney of record on behalf of the City on April 1, 2008.

Accordingly, defendant City respectfully requests this Court to enter an order allowing Joan P. Altman to withdraw her appearance.

          Respectfully submitted,
          MARA S. GEORGES
          Corporation Counsel
          City of Chicago

By:   /s/ Joan P. Altman
       Joan P. Altman
       Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1020
Chicago, Illinois 60602
312-744-2826