UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| Plaintiff, | ) | No. 08 CV 0913 |
| | ) | |
| v. | ) | |
| | ) | |
| P.O. GALLAGHER #18815, | ) | |
| P.O. BECKMAN #16887 | ) | Judge Dow |
| J.R. ANDREWS #634, and | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:  Blake Horwitz, Amanda S. Yarusso,           Megan McGrath
     Erica E. Faaborg, Abbas B. Merchant         City of Chicago Department of Law
     Horwitz, Richardson & Baker, LLC            30 N. LaSalle Street, Suite 1020
     20 S. Clark St., Suite 500                  Chicago, Illinois 60603
     Chicago, Illinois 60602

   Please take notice that on June 10, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Motion For Leave to Withdraw as Counsel, a copy of which was thereby served upon you.

   Please take further notice that I will appear before the Honorable Judge Dow or such other Judge or Magistrate Judge sitting in his stead on June 17, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

   I hereby certify that I caused to be served a true copy of this notice and Defendant's Motion for Leave to Withdraw as Counsel on attorneys of record as identified above, through the Court's ECF on June 10, 2008.

                                          /s/ Joan P. Altman
                                          Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
312-744-2826