AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE OSBY<br><br>  Plaintiff,<br><br>  v.<br><br>P.O. GALLAGHER #18815, P.O. BECKMAN #16887, J.R. ANDREWS #634 and the CITY OF CHICAGO,<br><br>  Defendants. | ALIAS SUMMONS IN A CIVIL CASE<br><br>No. 08 C 913<br><br>JUDGE Dow<br><br>MAGISTRATE JUDGE Nolan |

To: P.O. BECKMAN #16887
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Blake Horwitz
> HORWITZ, RICHARDSON & BAKER, LLC
> 20 S. Clark Street, Suite 500
> Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____         _____
(By) Deputy Clerk                                  Date

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

(By) DEPUTY CLERK                                  June 10, 2008
                                                   Date