AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMIE OSBY<br><br>Plaintiff,<br><br>v.<br><br>P.O. GALLAGHER #18815, P.O. BECKMAN #16887, J.R. ANDREWS #634 and the CITY OF CHICAGO,<br><br>Defendants. | **ALIAS SUMMONS IN A CIVIL CASE**<br><br>No. 08 C 913<br><br>JUDGE Dow<br><br>MAGISTRATE JUDGE Nolan |

To: P.O. Gallagher #18815
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Blake Horwitz
HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                           Date


Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

(By) DEPUTY CLERK                                    June 10, 2008
                                                                     Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 6/11/08 |
| NAME OF SERVER (PRINT) MARTIN MCWILLIAMS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify:  P.O. Gallagher c/o Cheryl Jackson 6/11/08 @ 9:30
3510 S. Michigan Ave Chicago IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/11/08
         Date

Signature of Server

Address of Server:  4647 W. 103rd Street
Oaklawn IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.