# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 913 | **DATE** | 6/13/2008 |
| **CASE TITLE** | Jamie Osby vs. P.O. Gallagher, et al | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's Motion For Leave to Withdraw [27] the Appearance of Joan P. Altman as attorney of record is granted. Notice of Motion date of 6/17/08 is stricken and no appearance will be necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|