IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| | ) | 08 C 0913 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE A MOTION
TO BIFURCATE PLAINTIFF'S MONELL CLAIM**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this court for an extension of time to file its bifurcation motion regarding Plaintiff's *Monell* claim, and in support states:

1. At the initial status in this matter, on June 10, 2008, the City informed the Court it would file a motion to bifurcate Plaintiff's *Monell* claim in this case as soon as possible, specifically on June 16, 2008. However, the City now respectfully requests an extension of time to file its motion.

2. After the June 10th status, counsel for the Plaintiff told the City Plaintiff would be willing to agree to a stipulation regarding the bifurcation motion. Unfortunately, due to unforeseen circumstances, that stipulation was not available for production to Plaintiff's counsel.

3. Additionally, beginning next week, counsel for the City will be on trial before Judge Holderman, and will not be able to produce the stipulation or the motion until after the trial is completed.

4. Therefore, the City asks for an extension of time to file its bifurcation motion until fourteen days after the named officers have filed their appearances in this matter. According to the docket, the officers were served on or about June 13, 2008.

5. As far as can be determined, this motion will not unduly burden the Court's management schedule. This request is made not to delay the proceedings, but rather to allow the City to respond to the allegations in Plaintiff's complaint, specifically the *Monell* claim, via its bifurcation motion, which is designed to assist with the Court's management of this matter.

WHEREFORE, the City respectfully requests this honorable Court to enter an order granting an extension of time allowing the City to file its motion to bifurcate Plaintiff's *Monell* claim in this case fourteen days after the individual officer Defendants have filed their appearances.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

By:   /s/ *Megan K. McGrath*
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369