IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | |
| | ) | 08 C 0913 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Judge Dow |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO**:   Blake Horwitz, Erica Faaborg
Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on June 16, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION TO BIFURCATE PLAINTIFF'S MONELL CLAIM,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **June 19, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Dow or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 16th day of June, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
megan.mcgrath@cityofchicago.org