UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jamie Osby

                    Plaintiff,

v.                                                Case No.: 1:08−cv−00913
                                                 Honorable Robert M. Dow Jr.

City of Chicago, The, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant City of Chicago, for extension of time to file [34] its Motion to Bifurcate is granted and time extended to fourteen days after the individual officer Defendants have file their appearances. Notice of Motion date of 6/19/08 is stricken and no appearance will be necessary.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.