**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jamie Osby
        Plaintiff,

v.               Case No.: 1:08−cv−00913
                Honorable Robert M. Dow Jr.

City of Chicago, The, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Given the extension of the time for the filing of Defendant's motion to bifurcate to fourteen days after the appearances of counsel on behalf of the individual Defendant officers [36] and the fact that no such appearances have been filed to date, the status hearing set for 7/17/08 at 9:00 am is stricken and reset to 8/27/08 at 9:00 am.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.