IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE OSBY, ) | |
| ) | **No. 08 C 0913** |
| Plaintiff, ) | |
| ) | JUDGE DOW |
| v. ) | |
| ) | Magistrate Judge Nolan |
| P.O. GALLAGHER #18815, P.O. BECKMAN, ) | |
| #16887, J. R. ANDREWS #634 and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**SUGGESTION OF DEATH UPON THE RECORD**

Defendant Officers, James Gallagher, Nick Beckman and John R. Andrews, by their attorneys, Mary McCahill, Assistant Corporation Counsel, pursuant Fed. R. Civ. P. 25(a)(1), submit the following Suggestion of Death Upon the Record and state as follows:

Defendant Officers James Gallagher, Nick Beckman and John R. Andrews, suggest upon the record, pursuant to Rule 25(a)(1), the death of Plaintiff, Jamie Osby, during the pendency of this action on August 1, 2008.  (<u>See</u> Copy of Death Certificate of Jamie Osby, Attached Hereto).

Respectfully submitted,

/s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602                August 20, 2008
(312) 742-6404
ATTORNEY NO. 06277989

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE OSBY, | ) | **No. 08 C 0913** |
| Plaintiff, | ) | |
| | ) | JUDGE DOW |
| v. | ) | |
| | ) | Magistrate Judge Nolan |
| P.O. GALLAGHER #18815, P.O. BECKMAN, #16887, J. R. ANDREWS #634 and the CITY OF CHICAGO, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Blake Horwitz                                      Megan McGrath
      Horwitz, Richardson & Baker, LLC        Assistant Corporation Counsel
      20 S. Clark St., Ste. 500                          30 N. LaSalle, Ste. 1020
      Chicago, IL 60603                                   Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **SUGGESTION OF DEATH UPON THE RECORD**, a copy of which is attached hereto and herewith served upon you.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **NOTICE OF FILING** and **SUGGESTION OF DEATH UPON THE RECORD**, to be mailed to the persons named in the foregoing Service List at the addresses therein shown, on this 20th day of August 2008.

**DATED** at Chicago, Illinois this 20th day of August 2008.

/s/ Mary McCahill
MARY MCCAHILL
Assistant Corporation Counsel

30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602                              August 20, 2008
(312) 742-6404
ATTORNEY NO. 06277989