**FOR ADMINISTRATIVE PURPOSES ONLY**

STATE OF ILLINOIS
CERTIFICATE OF DEATH — CHICAGO DEPARTMENT OF HEALTH

REGISTRATION DISTRICT NO. **16.10**
LOCAL FILE NUMBER **610627**
STATE FILE NUMBER **002AUG08**

1. DECEDENT'S LEGAL NAME: **Jamie D. Osby**
2. SEX: Male
3. DATE OF DEATH: Aug 1, 08
4. COUNTY OF DEATH: Cook
5a. AGE AT LAST BIRTHDAY: 24
6. DATE OF BIRTH: Jan 16, 1984
7a. CITY OR TOWN: Chicago
7b. HOSPITAL OR OTHER INSTITUTION NAME: 852 N. Trumbull
7c. PLACE OF DEATH: ☒ Dead on Arrival
8. BIRTHPLACE: Chicago, IL.
10. MARITAL STATUS: ☒ Never Married
11. SURVIVING SPOUSE'S NAME: None
12. EVER IN U.S. ARMED FORCES: ☒ No
13a. RESIDENCE: 855 N. Trumbull
13b. APT. NO.: House
13c. CITY OR TOWN: Chicago
13d. INSIDE CITY LIMITS?: ☒ Yes
13e. COUNTY: Cook
13f. STATE: IL.
13g. ZIP CODE: 60651
14. FATHER'S NAME: Willie B. Osby
15. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Dorothy Lee Bean
16a. INFORMANT'S NAME: Dorothy Osby
16b. RELATIONSHIP: Mother
16c. MAILING ADDRESS: 855 N. Trumbull Chgo, IL. 60651
17. METHOD OF DISPOSITION: ☒ Burial
18. PLACE OF DISPOSITION: OakRidge
19. LOCATION: HillSide, IL.
20. DATE OF DISPOSITION: 8-8-08
21a. FUNERAL HOME: P&H Funeral Services, 8138 So Cottage Grove, Chgo, IL. 60619
21c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034-016112
21b. FUNERAL DIRECTOR'S SIGNATURE: Kareshuren Brooks FD LE
22. LOCAL REGISTRAR'S SIGNATURE: Terry Mason MD
23. DATE FILED WITH LOCAL REGISTRAR: AUG 0 7 2008

**CAUSE OF DEATH**
24. PART I.
a. IMMEDIATE CAUSE: GUNSHOT WOUND OF CHEST

25. WAS AN AUTOPSY PERFORMED?: ☒ Yes
26. WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?: ☒ Yes
27. DID TOBACCO USE CONTRIBUTE TO DEATH?: (blank)
29. MANNER OF DEATH: ☒ Homicide
30. DATE OF INJURY: August 1, 2008
31. TIME OF INJURY: 4:20 A.M.
32. PLACE OF INJURY: STREET
33. INJURY AT WORK?: ☒ No
34. LOCATION OF INJURY: 852 N. TRUMBULL, CHICAGO, ILLINOIS 60651
35. DESCRIBE HOW INJURY OCCURRED: SHOT IN CHEST
39. DATE PRONOUNCED: August 1, 2008
40. TIME OF DEATH: 5:20 A.M.

41. CERTIFIER: ☒ Medical Examiner/Coroner
42. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: PONNI ARUNKUMAR, M.D., 2121 W. HARRISON ST., CHICAGO, ILLINOIS 60612-3705